```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                     JACKSON DIVISION
```

**RITA RAWSON**                                                **PLAINTIFF**

**VS.**                              **CIVIL ACTION NO. 3:05CV729-WHB-AGN**

**CARDINAL HEALTH, INC.**                                      **DEFENDANT**

### FINAL JUDGMENT

In accordance with the Stipulation of Dismissal jointly filed by both parties to this suit on June 20, 2006, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 22nd day of June, 2006.

                              s/ William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE

tct